Karine Bohbot, Esq. (SBN: 197298)
BOHBOT & RILES, PC
4319 Piedmont Avenue, 2nd floor
Oakland, CA 94611
Tel. (510) 273-3111
Fax (510) 273-8911
kbohbot@strikebacklaw.com

Attorney for Plaintiff:
    Michael McLaughlin


Spiros E. Fousekis (SBN: 260387)
Robert Yang. Esq. (SBN: 312964)
ROPERS MAJESKI PC
1001 Marshall Street, 5th Floor
Redwood City, CA 94063
Tel. (650) 634-8200
Fax (650) 780-1701
Spiros.Fousekis@ropers.com
Robert.Yang@ropers.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCLAUGHLIN,<br><br>    Plaintiff,<br><br>-vs.-<br><br>SMART ENERGY TODAY INC., a Washington Corporation; and DOES One through Twenty-Five, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-00261-KJM-DB<br><br>**JOINT STIPULATION TO STAY MATTER AND MOVE CASE DEADLINES**<br><br>**Jury Trial Requested** |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD

    Plaintiff Michael McLaughlin ("Plaintiff") and Defendant Smart Energy Today, Inc. ("Defendant") (collectively the "Parties"), by and through their respective counsel of record,

1

hereby submit the following Stipulation for a 60-day stay of proceedings and request for further status conference.

WHEREAS Plaintiff's counsel represents that Plaintiff recently experienced a medical emergency;

WHEREAS it is currently unknown when Plaintiff will be able to resume participation in this matter;

WHEREAS Counsel for the Parities have met and conferred and desire to stay all matters regarding litigation for the next 60 days;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their undersigned counsel, that the action be stayed for 60 days, and that all deadlines as previously set forth by this Court be vacated to be rescheduled at a subsequent status conference to be set by the court in December 2021.

**SO STIPULATED.**

DATED: October 14, 2021                    Respectfully submitted,

                                           ROPERS MAJESKI, PC

                                           */s/ Spiros E. Fousekis*
                                           _____
                                           SPIROS E. FOUSEKIS
                                           Attorneys for Defendant Smart Energy
                                           Today, Inc.

DATED: October 14, 2021                    BOHBOT & RILES, PC

                                           */s/ Karine Bohbot*
                                           KARINE BOHBOT
                                           Attorneys for Plaintiff Michael McLaughlin

2

JOINT STIPULATION TO STAY MATTER AND MOVE CASE DEADLINES
4844-1976-8063.2

**ORDER PURSUANT TO JOINT STIPULATION OF PARTIES**

Pursuant to the stipulation of the parties, and on a showing of good cause, IT IS SO ORDERED that the matter is stayed until December 20, 2021. At this time the court does not find a need to hold a further status conference to reschedule the matter. Rather, the parties shall submit a stipulation to amend the scheduling order by January 7, 2022, proposing new pre-trial deadlines.

        IT IS SO ORDERED.

Dated: October 21, 2021

                                      CHIEF UNITED STATES DISTRICT JUDGE