UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael McLaughlin,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Smart Energy Today, Inc.,<br><br>　　　　Defendants. | No. 2: 21-cv-00261-KJM-DB<br><br><br>AMENDMENT TO THE<br>SCHEDULING ORDER |

Now that the stay has expired, *see* Prev. Order (Oct. 21, 2021), ECF No. 15, the parties jointly request, ECF No. 16, to amend dates in the initial pretrial scheduling order, ECF No. 12. Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| ADR Completion and Reporting | N/A | 2/25/2022 |
| Discovery Cutoff | 12/10/2021 | 5/31/2022 |
| Expert Disclosures | 1/14/2022 | 6/10/2022 |
| Rebuttal Expert Disclosures | 2/4/2022 | 7/1/2022 |
| Completion of Expert Discovery | 2/11/2022 | 7/15/2022 |
| All Dispositive Motions Hearing Date | 3/4/2022 | 7/29/2022 |

This amendment does not alter any other portions of the initial scheduling order, ECF No. 12.

　　　IT IS SO ORDERED.

DATED: January 13, 2022.

　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE