Karine Bohbot, Esq. (197298)
BOHBOT & RILES, P.C.
4319 Piedmont Avenue, 2nd Floor
Oakland, CA 94612
(510) 273-3111
(510) 221-6066
kbohbot@strikebacklaw.com

Attorney for Plaintiff:
    Michael C. McLaughlin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. MCLAUGHLIN<br><br>    Plaintiff,<br><br>-vs.-<br><br>SMART ENERGY TODAY, INC., and DOES 1 through 25, inclusive<br><br>    Defendants | Case No.: 2:21-CV-00261-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION** |

    The parties hereby notify the Court that the above referenced case settled following mediation held on February 4, 2022.  As such, the parties stipulate to having the matter dismissed with prejudice in its entirety.


Dated:  March 7, 2022                              */s/ Karine Bohbot*
                                                                   Karine Bohbot
                                                                   Attorney for Plaintiff

Dated:  March 7, 2022                              *Spiros E. Fousekis*
                                                                   Spiros E. Fousekis
                                                                   Attorney for Defendant

IT IS SO ORDERED.

Dated: _____, 2022

_____
Hon. Kimberly J. Mueller
United States Chief District Court Judge